UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

In Re: INDICTMENT

Criminal Case No. ___1:23CR111MSM-PAS

**Filed Under Seal**

## MOTION TO SEAL

Now comes the United States of America, by and through its attorneys, Zachary A. Cunha, United States Attorney, and Peter I. Roklan, Assistant United States Attorney, and moves that this Motion to Seal, the attached Indictment with Supporting documents be sealed until further order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

ZACHARY A. CUNHA
United States Attorney

_____
Peter I. Roklan
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email: peter.roklan@usdoj.gov

ORDERED:

_____
United States Magistrate Judge
District of Rhode Island

DATED:

___12/6/2023_____